# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph Chatman,<br><br>　　　　Plaintiff,<br><br>v.<br><br>San Dimas Police Dep't, et al.,<br><br>　　　　Defendants. | Case No. 2:18-cv-10712-DOC (SK)<br><br>**ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE** |

　　On September 9, 2019, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. A written response to the Order to Show Cause was due no later than October 9, 2019. Plaintiff is not in custody. No timely response having been filed to the Court's Order to Show Cause,

　　IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: October 18, 2019　　　　　　_____
　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE